NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT W. STEELE,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2013-3065

---

Petition for review of the Merit Systems Protection Board in case no. CH0752120680-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert W. Steele moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ROBERT STEELE v. DEPARTMENT OF AGRICULTURE                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24